| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Murtha, J. Garvan | 2. Court or Organization<br><br>U.S. District Court - Vermont | 3. Date of Report<br><br>5/8/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>P.O. Box 760<br>Brattleboro, VT 05302-0760 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ██ Limited Partnership #1 |
| 2. Partner | ██ Limited Partnership #2 |
| 3. Partner | ██ Limited Partnership #3 |
| 4. Partner | ██ Limited Partnership #4 |
| 5. Trustee | Trust #1 |
| 6. Trustee | Trust #2 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Levy, Winer & Berson -- Salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law & Economics Center | Sedona, Arizona. July 14-17, 2005, Seminar (meals, hotel, transportation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Common Stock | A | Dividend | J | T | | | | | |
| 2. Amgen Common Stock | | None | K | T | | | | | |
| 3. Analog Devices Common Stock | A | Dividend | | | Sell | 5/24 | J | | |
| 4. Bemis Company Common Stock | A | Dividend | J | T | | | | | |
| 5. Best Buy Common Stock | A | Dividend | J | T | Buy | 2/17 | J | | |
| 6. Best Buy Common Stock | | | | | Sell | 8/30 | J | A | |
| 7. Cathay Bank Common Stock | A | Dividend | K | T | | | | | |
| 8. Church & Dwight Common Stock | A | Dividend | J | T | Buy | 8/30 | J | | |
| 9. Cisco Systems Common Stock | | None | J | T | | | | | |
| 10. Conagra Common Stock | A | Dividend | J | T | Buy | 1/10 | J | | |
| 11. Dominion Res. Common Stock | A | Dividend | | | Sell | 8/30 | J | A | |
| 12. Ecolab Common Stock | A | Dividend | J | T | | | | | |
| 13. Exxon-Mobil Common Stock | B | Dividend | L | T | | | | | |
| 14. Federated U.S. Treas Cash Res | A | Interest | J | T | | | | | |
| 15. Fortune Brands Stock | A | Dividend | J | T | Buy | 8/30 | J | | |
| 16. FPL Group Inc. Stock | A | Dividend | J | T | Buy | 8/30 | J | | |
| 17. Income Money Market Fund | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Common Stock | A | Dividend | J | T | Buy | 1/5 | J | | |
| 19. Ishare Midcap Index 400 Fund | A | Dividend | J | T | | | | | |
| 20. Ishare MSCI Fund | A | Dividend | J | T | Buy | 8/30 | J | | |
| 21. Ishare Small Cap 600 Fund | A | Dividend | J | T | | | | | |
| 22. Johnson Controls Common Stock | A | Dividend | | | Sell | 5/24 | J | | |
| 23. Kaman Corp. Common Stock | B | Dividend | K | T | | | | | |
| 24. Medtronic, Inc. Common Stock | A | Dividend | K | T | | | | | |
| 25. Microsoft Common Stock | A | Dividend | J | T | Buy | 2/17 | J | | |
| 26. Microsoft Common Stock | | | | | Sell | 5/24 | J | | |
| 27. Nokia Common Stock | A | Dividend | J | T | | | | | |
| 28. Omnicom Group Common Stock | A | Dividend | J | T | | | | | |
| 29. Pepsico Common Stock | A | Dividend | J | T | | | | | |
| 30. Pimco Short Term Institutional | | | | | Sell | 3/19 5/18 | K | | |
| 31. Pimco Commodity Fund | A | Dividend | J | T | Buy | 8/24 | J | | |
| 32. Pimco Real Return Fund | A | Dividend | J | T | Buy | 8/24 | J | | |
| 33. Seagate Technology Common Stock | | None | J | T | Buy | 8/30 | J | | |
| 34. Sysco Corp. Common Stock | A | Dividend | J | T | Buy | 8/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Verizon Common Stock | A | Dividend | | | Sell | 8/2/04 | K | D | See note in Part VIII |
| 36. Webster Fincl. Corp. | A | Dividend | K | T | | | | | |
| 37. Merchants Bank Account | A | Interest | J | T | | | | | |
| 38. Brattleboro Country Club | A | Interest | J | W | | | | | |
| 39. Brattleboro Racquetsports, VT | | None | J | W | | | | | |
| 40. Brattleboro Tennis Club, VT | | None | J | W | | | | | |
| 41. Ocean Reef Yacht Club Timeshare | | None | J | W | | | | | |
| 42. ▮▮▮ Limited Partnership #1 | D | Div. & Int. | N | T | | | | | |
| 43. - Automatic Data Processing Stock | | | | | | | | | |
| 44. - Becton Dickinson Stock | | | | | | | | | |
| 45. - Caremark Stock | | | | | Buy | 8/26 | K | | |
| 46. - Citigroup Stock | | | | | | | | | |
| 47. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 48. - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 49. - Columbia Sm. Company Equity Fund | | | | | | | | | |
| 50. - Columbia Acorn Fund | | | | | | | | | |
| 51. - Columbia Acorn Int'l Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt fr prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Conagra Stock | | | | | Sell | 7/14 | L | | |
| 53. - Dell Stock | | | | | | | | | |
| 54. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 55. - Hartford Fin'l Stock | | | | | | | | | |
| 56. - Home Depot Stock | | | | | | | | | |
| 57. - Oracle Stock | | | | | | | | | |
| 58. - Pepsico Stock | | | | | | | | | |
| 59. - Pfizer Stock | | | | | Sell | 8/26 | L | | |
| 60. - Procter & Gamble Stock | | | | | | | | | |
| 61. - Target Stock | | | | | | | | | |
| 62. - United Technologies Stock | | | | | | | | | |
| 63. - Weyerhaeuser Stock | | | | | | | | | |
| 64. ████ Limited Partnership #2 | F | Div. & Int. | P1 | T | | | | | |
| 65. - Amgen Stock | | | | | | | | | |
| 66. - Automatic Data Processing Stock | | | | | | | | | |
| 67. - Bank of America Stock | | | | | | | | | |
| 68. - Boston Scientific Stock | | | | | Sell | 8/26 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Caterpillar Stock | | | | | | | | | |
| 70. - Cathay Bancorp Stock | | | | | | | | | |
| 71. - Columbia Acorn Int'l Fund | | | | | Buy | 1/4 | L | | |
| 72. - Columbia Marisco Int'l Fund | | | | | Buy | 3/16 | L | | |
| 73. - Columbia Mid Cap Fd | | | | | | | | | |
| 74. - Columbia Multi-Strategy Hedge Fund | | | | | Buy | 4/12 | N | | |
| 75. - Columbia Small Cap Fd | | | | | | | | | |
| 76. - Compudyne Stock | | | | | | | | | |
| 77. - Conagra Foods Stock | | | | | Sell | 7/14 | K | | |
| 78. - CSX Corp. Stock | | | | | | | | | |
| 79. - Dana Corp. Stock | | | | | | | | | |
| 80. - Dell Stock | | | | | | | | | |
| 81. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 82. - Eastman Kodak Stock | | | | | | | | | |
| 83. - Exxon Mobil Stock | | | | | | | | | |
| 84. - Federated Muni Ultrashort Fund | | | | | Sell | 8/24 9/12 | L | | |
| 85. - First Data Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Franklin Res. Stock | | | | | | | | | |
| 87. - General Motors Stock | | | | | Sell | 3/18 | K | E | |
| 88. - Genzyme Stock | | | | | | | | | |
| 89. - Houston Tex Arpt Bonds | | | | | | | | | |
| 90. - Johnson & Johnson Stock | | | | | | | | | |
| 91. - Kellogg Stock | | | | | Buy | 8/26 | K | | |
| 92. - Lowes Stock | | | | | | | | | |
| 93. - Lubrizol Corp. Stock | | | | | | | | | |
| 94. - Medtronic Stock | | | | | Buy | 8/26 | K | | |
| 95. - Microsoft Stock | | | | | | | | | |
| 96. - Morgan J.P. Chase Stock | | | | | | | | | |
| 97. - Procter & Gamble Stock | | | | | | | | | |
| 98. - Royal Dutch Shell Stock, formerly Royal Dutch Pet. Stock | | | | | | | | | |
| 99. - Staples Stock | | | | | | | | | |
| 100. - Target Stock | | | | | | | | | |
| 101. - Teva Pharmaceutical Stock | | | | | | | | | |
| 102. - United Parcel Stock | | | | | Buy | 7/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - United Technologies Stock | | | | | | | | | |
| 104. - Weyerhaeuser Stock | | | | | | | | | |
| 105. ▮▮▮▮ Limited Partnership #3 | E | Div. & Int. | P1 | T | | | | | See note in Part VIII |
| 106. - Automatic Data Processing Stock | | | | | | | | | |
| 107. - Becton Dickinson Stock | | | | | | | | | |
| 108. - Citigroup Stock | | | | | | | | | |
| 109. - Columbia Mid Cap Value Fund | | | | | | | | | |
| 110. - Columbia Sm. Cap Core Fund | | | | | | | | | |
| 111. - Columbia Sm. Company Equity Fund | | | | | | | | | |
| 112. - Columbia Acorn Fund | | | | | | | | | |
| 113. - Columbia Acorn Int'l Fund | | | | | | | | | |
| 114. - Dell Stock | | | | | | | | | |
| 115. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 116. - Hartford Fin'l Stock | | | | | | | | | |
| 117. - Home Depot Stock | | | | | | | | | |
| 118. - Oracle Stock | | | | | | | | | |
| 119. - Pepsico Stock | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Procter & Gamble Stock | | | | | | | | | |
| 121. - Target Stock | | | | | | | | | |
| 122. - Weyerhaeuser Stock | | | | | | | | | |
| 123. ▉▉▉ Limited Partnership #4 | F | Div. & Int. | P2 | T | | | | | See note in Part VIII |
| 124. - Amgen Stock | | | | | | | | | |
| 125. - Automatic Data Processing Stock | | | | | | | | | |
| 126. - Bank of America Stock | | | | | | | | | |
| 127. - Caterpillar Stock | | | | | | | | | |
| 128. - Cathay Bancorp Stock | | | | | | | | | |
| 129. - Columbia Mid Cap Fd | | | | | | | | | |
| 130. - Columbia Small Cap Fd | | | | | | | | | |
| 131. - Compudyne Stock | | | | | | | | | |
| 132. - CSX Corp. Stock | | | | | | | | | |
| 133. - Dana Corp. Stock | | | | | | | | | |
| 134. - Dell Stock | | | | | | | | | |
| 135. - Dreyfus Tax Exempt Fund | | | | | | | | | |
| 136. - Eastman Kodak Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Exxon Mobil Stock | | | | | | | | | |
| 138. - First Data Stock | | | | | | | | | |
| 139. - Franklin Res. Stock | | | | | | | | | |
| 140. - Genzyme Stock | | | | | | | | | |
| 141. - Houston Tex Arpt Bonds | | | | | | | | | |
| 142. - Johnson & Johnson Stock | | | | | | | | | |
| 143. - Lowes Stock | | | | | | | | | |
| 144. - Lubrizol Corp. Stock | | | | | | | | | |
| 145. - Microsoft Stock | | | | | | | | | |
| 146. - Morgan J.P. Chase Stock | | | | | | | | | |
| 147. - Procter & Gamble Stock | | | | | | | | | |
| 148. - Royal Dutch Shell Stock | | | | | | | | | |
| 149. - Staples Stock | | | | | | | | | |
| 150. - Target Stock | | | | | | | | | |
| 151. - Teva Pharmaceutical Stock | | | | | | | | | |
| 152. - United Technologies Stock | | | | | | | | | |
| 153. - Weyerhaeuser Stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25.000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Trust Company of VT - IRA | C | Div. & Int. | M | T | | | | | |
| 155. - Abbott Labs Stock | | | | | | | | | |
| 156. - Allianz RCM Biotech Fund, fmrly PIMCO RCM Biotech Fund | | | | | | | | | |
| 157. - Alltel Stock | | | | | | | | | |
| 158. - Bank of America Stock | | | | | Buy | 2/15 | J | | |
| 159. - Bemis Stock | | | | | | | | | |
| 160. - BPPLC Stock | | | | | | | | | |
| 161. - Chevron, formerly Chevron Texaco Stock | | | | | | | | | |
| 162. - Citigroup Stock | | | | | | | | | |
| 163. - Clarcor Stock | | | | | | | | | |
| 164. - Colgate-Palmolive Stock | | | | | | | | | |
| 165. - Conagra Stock | | | | | | | | | |
| 166. - Dominion Res. Stock | | | | | Sell | 8/23 | J | | |
| 167. - Emerson Electric Stock | | | | | | | | | |
| 168. - Fidelity Select Elect. Fund | | | | | | | | | |
| 169. - Fortune Brands Stock | | | | | | | | | |
| 170. - FPL Group Stock | | | | | Buy | 8/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - GS Finl Sq Prime Oblig Fund, fmrly FederatedPrimeObligFd | | | | | | | | | |
| 172. - Healthcare PPTY Stock | | | | | | | | | |
| 173. - Johnson & Johnson Stock | | | | | | | | | |
| 174. - Johnson Controls Stock | | | | | Sell | 8/23 | J | | |
| 175. - Omnicom Group Stock | | | | | | | | | |
| 176. - Paterson Cos. Stock | | | | | | | | | |
| 177. - Pepsico, Inc. | | | | | | | | | |
| 178. - Pfizer Stock | | | | | | | | | |
| 179. - PIMCO Short Term Institutional Fund | | | | | Sell | 8/16 | J | | |
| 180. - Plum Creek Timber Stock | | | | | | | | | |
| 181. - United Technologies Stock | | | | | | | | | |
| 182. - US Bancorp Stock | | | | | | | | | |
| 183. - Washington Mutual Stock | | | | | Sell | 8/23 | J | | |
| 184. - Wells Fargo Stock | | | | | Buy | 8/23 | J | | |
| 185. - Zions Bancorp Stock | | | | | Buy | 8/23 | J | | |
| 186. Trust #1 | E | Div. & Int. | O | T | | | | | |
| 187. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Exxon Mobil Stock | | | | | | | | | |
| 189. - Federated Muni Fd. | | | | | Sell | 4/12 | M | | |
| 190. - Washington Mutual Stock, formerly Providian Stock | | | | | | | | | |
| 191. Trust #2 | E | Div. & Int. | P1 | T | | | | | |
| 192. - Bank of America Stock | | | | | | | | | |
| 193. - Dreyfus Tax Exempt Cash Fund | | | | | | | | | |
| 194. - Federated Muni Ultrashort Fund | | | | | Sell | 4/12 | L | | |
| 195. - Kaman Stock | | | | | | | | | |
| 196. Merrill Lynch IRA | A | Div. & Int. | M | T | | | | | |
| 197. - American Growth Fund | | | | | | | | | |
| 198. - Calamos Growth Fund | | | | | Sell | 6/15 | J | | |
| 199. - Ford Motor Cdt Bond | | | | | | | | | |
| 200. - General Mtrs Bond | | | | | | | | | |
| 201. - Hotchkis & Wiley Midcap Fund | | | | | | | | | |
| 202. - Loomis Sayles Strategic Fund | | | | | | | | | |
| 203. - Lord Abbett Midcap Fund | | | | | | | | | |
| 204. - Mainstay Balanced Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Mainstay Midcap Growth Fund | | | | | Buy | 6/15 | J | | |
| 206. - PIMCO Emerg Mkts Bd Fd | | | | | | | | | |
| 207. - TouchstoneMidcap GrowthFund, fmrly TouchstoneEmergingGrFd | | | | | | | | | |
| 208. - Van Kampen Global Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murtha, J. Garvan | 5/8/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII 35  Neglected to note sale of Verizon in 2004.

VII 105-122 ▇▇▇ Limited Partnership #3 was formed on November 15, 2005 with assets acquired from ▇▇▇ Limited Partnership #1.

VII 123-153 ▇▇▇ Limited Partnership #4 was formed on November 15, 2005 with assets acquired from ▇▇▇ Limited Partnership #2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

Date _MAY 5, 2006_

NOT                                        TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544